IN AND FOR THE MIDDLE DISTRICT COURT
IN THE STATE OF ALABAMA

RECEIVED

ANGELA DENISE NAILS,

2007 OCT 24 A 9:53

Plaintiff,                    Case No. 1:07-CV-959-MHT

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Vs

Houston County Circuit Clerk Office

Defendant,

REFUSE OF APPEAL

The plaintiff is suing the ClerksOffice in Houston County, Dothan Alabama 36302 in the amount of $301.00 and court cost. The plaintiff is filing this complaint because the plaintiff filed an appeal to the Circuit Court. The plaintiff filed the appeal to the Circuit Court because the case was dismiss from the District Court in Houston County. Civil Rule of Procedure 28(A)(1) said that all case can be appealed to the higher level court when a case has been dismiss form the lower level court such as a District court Landlord Tenant. Before the case was heard in the Circuit Court the Circuit Court stated that the court could not hear the case an order was typed to the District Court. The Circuit Court stated that the case needs to go before the United States Appeal Court and not the Circuit Court. The court did not transfer the case nor did the court refund the moneys. $201.00 filing fees and $100.00 Jury Trail cost. The plaintiff is requesting a hearing if the defendant dose answer to the complaint. The court is

requested to order a default in the case if no answer is made to the complaint.    Mail the complaint to 114 Oats street Dothan, Alabama 36302.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY

requested to order a default in the case if no answer is made to the complaint. Mail the complaint to 114 Oats street Dothan, Alabama 36302.

*Angela Denise Nails*
ANGELA DENISE NAILS
PROSE ATTORNEY