IN THE UNITED STATES APPEAL COURT

ANGELA DENISE NAILS,

           Plaintiff,

Vs.

HOUSTON COUNTY CIRCUIT
CLERK OFFICE,

           Defendant

Case No. 1:07cv959-MHT

## MOTION FOR APPEAL

The plaintiff is appealing the case to the appeals court against the defendant a

Middle District Court Casr No. 07:cv959-MHT(WO).

ANGELA DENISE NAILS
PROSE ATTORNEY

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

November 8, 2007

Ms. Debra P. Hackett, Clerk
US District Court
15 Lee Street
Montgomery, AL 36011

RE:    No. US DC No.  07-CV-959-MHT

Dear Ms. Hackett:

Enclosed is a  Notice of Appeal erroneously forwarded to this office and now forwarded to your court for filing, as of the date received (November 8, 2007) by this court, in accordance with Fed.R.App.P. 4(d). An Affidavits of Substantial Hardship is also enclosed.

Sincerely,

THOMAS K. KAHN, Clerk

By

Angela B. Mitchell
Deputy Clerk

:abm