Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

January 30, 2008

**Appeal Number: 07-15308-J**
Case Style: Angela Denise Nails v. Houston Co. Circuit Clerk
District Court Number:  07-00959  CV-T-S ()

TO:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2008

Angela Denise Nails
116 EAST ST # 46
CARROLLTON  AL  35447-2016

**Appeal Number: 07-15308-J**
Case Style: Angela Denise Nails v. Houston Co. Circuit Clerk
District Court Number:  07-00959  CV-T-S ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice  unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-15308-J

ANGELA DENISE NAILS,

                              Plaintiff-Appellant,

versus

HOUSTON COUNTY CIRCUIT CLERK OFFICE,

                              Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

      Appellant has filed a document entitled "Complaint and Filing Fees," which we construe as a motion for reconsideration of this Court's order dated December 26, 2007. Upon reconsideration, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. 28 U.S.C. § 1915(e)(2); Jones v. Crosby, 137 F.3d 1279, 1280 (11th Cir. 1998); Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).