Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

February 20, 2008

**Appeal Number: 07-15308-J**
Case Style: Angela Denise Nails v. Houston Co. Circuit Clerk
District Court Number:  07-00959 CV-T-S

TO:    Debra P. Hackett

CC:    Angela Denise Nails

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 20, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15308-J**
Case Style: Angela Denise Nails v. Houston Co. Circuit Clerk
District Court Number:  07-00959 CV-T-S

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15308-J

ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

HOUSTON COUNTY CIRCUIT CLERK OFFICE,

Defendant-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 20th day of February, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Hall
    Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Deputy Clerk
Atlanta, Georgia

ORD-40